**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## ORDER

Appellate case name:          J.A.B. v. C.N.B.

Appellate case number:      01-20-00723-CV

Trial court case number:    19-DCV-268152

Trial court:                         328th District Court of Fort Bend County

Appellant, currently incarcerated in the Texas Department of Criminal Justice and proceeding pro se, has appealed the trial court's September 24, 2020 Order Terminating Parent-Child Relationship. Appellant has filed a "Motion for a[n] Injunction." In his motion for injunction, appellant seeks to have this Court enjoin appellee, mother, "from changing any information on the birth certificate of" the minor child identified in the trial court's order "until all appeal processes have been [exhausted] in the '1st Court of Appeals,' the 'Supreme Court of Texas' and the Supreme Court of the United States of America."

The injunctive relief requested in appellant's motion does not fall within this Court's narrow jurisdiction to grant injunctive relief. *See* TEX. GOV'T CODE ANN. § 22.221(a) (providing courts of appeals authority to issue "writs necessary to enforce the jurisdiction of the court."); *In re Pickett*, No. 01-10-00329-CV, 2010 WL 3398749, at *1 (Tex. App.—Amarillo Oct. 5, 2010, orig. proceeding) (mem. op.) ("The jurisdiction of a court of appeals to grant injunctive relief is limited to preserving or enforcing its jurisdiction over the merits of a pending appeal and not for the purpose of granting relief on equitable grounds nor for protecting a litigant."); *see also* TEX. R. CIV. P. 681, 682, 683 (discussing requirements for seeking injunctive relief from trial court). Accordingly, appellant's motion for an injunction is **denied**.

It is so ORDERED.

Judge's signature: ____/s/ Amparo Guerra_____
            ☑ Acting individually ☐ Acting for the Court

Date: ____January 14, 2021_____